# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

137756

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRAND RAPIDS EMPLOYEES
INDEPENDENT UNION,
   Plaintiff-Appellant,

v

            SC: 137756
            COA: 280360
            Kent CC: 06-009904-CL

CITY OF GRAND RAPIDS,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the October 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

               Clerk

p0527